```
1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790
```



FILED
MAR 19 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:10-MJ-0072-DAD

| UNITED STATES OF AMERICA, | ) Case No. |
|---|---|
| Plaintiff, | ) **SEALING ORDER** |
| | ) **(Under Seal)** |
| v. | ) |
| RYAN EUGENE SMALL, | ) |
| Defendant. | ) |

The Court hereby orders the Affidavit in Support of the Criminal Complaint and Arrest Warrant, in the above-referenced matter, shall be sealed until further order of the Court.

DATED: March  18 , 2010

_____
DALE A. DROZD
United States Magistrate Judge