# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
 )
v. ) CR NO: 2:10-MJ-0072 DAD
 )
RYAN EUGENE SMALL )

**FILED**
MAR 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **RYAN EUGENE SMALL**

Detained at (custodian): **San Joaquin County Jail**

Detainee is: a.) ☒ charged in this district by:
    ☐ Indictment      ☐ Information      ☒ Complaint
    Charging Detainee With: **bank robbery**
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: _William S Wong_
Printed Name & Phone No: **WILLIAM S. WONG - (916) 554-2790**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

3/22/10
Date _____
_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Male ☒   Female ☐ |
| Booking or CDC #: | 0829951 | DOB: _____ |
| Facility Address: | 7000 Michael Canlis Blvd. | Race: _____ |
| | French Camp, CA 95321 | FBI #: _____ |
| Facility Phone: | (209) 468-4400 | |
| Currently Incarcerated For: | residential robbery | |

---

**RETURN OF SERVICE**

Executed on _____ by _____ _____
                                                                          (Signature)

**SEALED**

Form Crim-48                                                                                               Revised 11/19/97