DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SMALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | NO. 2:10-mj-00072-DAD |
| | ) | |
| v. | ) | DEFENDANT'S REQUEST FOR |
| | ) | ORDER TO SEAL; DECLARATION OF |
| | ) | BENJAMIN D. GALLOWAY; ORDER |
| | ) | |
| RYAN SMALL, | ) | DATE: September 7, 2010 |
| Defendant. | ) | TIME: 2:00 p.m. |
| _____ | | JUDGE: Gregory G. Hollows |

Defendant Ryan Small hereby requests an order from this court sealing this request, the attached Declaration of Benjamin D. Galloway, and the Stipulation and Order.  This request is based upon the attached Declaration of Benjamin D. Galloway.

DATED: July 23, 2010

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK,
                                              Federal Defender

                                          By /s/ B. Galloway
                                              BENJAMIN D. GALLOWAY
                                              Assistant Federal Defender
                                              Attorney for Defendant

**DECLARATION OF BENJAMIN D. GALLOWAY**

I **BENJAMIN D. GALLOWAY** hereby declare as follows:

1. I am an Assistant Federal Defender, appointed to represent Mr. Ryan Small.

2. On July 23, 2010, I completed a Stipulation and [Proposed] Order in this case, and caused a confidential copy of this order to be served on the United States Attorney's office.

3. Mr. Small is being held on a complaint alleging his involvement in an organized bank robbery ring responsible for a significant number of bank robberies throughout California.

4. Mr. Small is cooperating with the government by providing information regarding the involvement of numerous other bank robbers.

5. Both the defense and the government have serious concerns regarding the potential threat to Mr. Small and his family, as well as the integrity of the case being developed with his assistance, if the existence of Mr. Small's federal case were to be divulged.

6. Based on these concerns, the defendant respectfully requests that the Court place the request, this declaration, and the order under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd. day of July, 2010, at Sacramento, California.

/s/ Benjamin D. Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for Ryan Small

2

O R D E R

On July 23, 2010 the Court received a Stipulation and Proposed Order Continuing the Preliminary Hearing.  For the reasons stated in Defendant's Request for Order to Seal and the Declaration of Benjamin D. Galloway, IT IS HEREBY ORDERED that the Clerk of the Court shall file the documents under seal and serve them on the parties.

DATED: July 23, 2010

                              /s/ Kendall J. Newman
                              THE HONORABLE KENDALL J. NEWMAN
                              United States Magistrate Judge