```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SMALL
```

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RYAN SMALL,<br>　　　　　Defendant. | **FILED UNDER SEAL**<br><br>NO. 10-mj-072-DAD<br><br>STIPULATION TO EXTEND DATE FOR PRELIMINARY HEARING; ORDER EXTENDING TIME<br><br>DATE:　October 12, 2010<br>TIME:　2:00 p.m.<br>JUDGE:　Dale A. Drozd |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM S. WONG, Assistant United States Attorney, attorney for Plaintiff, BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for Defendant, that the date of September 7, 2010, for the preliminary hearing shall be vacated and the new date for preliminary hearing shall be October 12, 2010, at 2:00 p.m.

　　　The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d)that this court should make a finding of good cause for the extension and that in fact good cause is hereby shown.  Defense counsel and the government have not had sufficient time (1) finalize necessary preparation for indictment, and (2) prepare for the preliminary hearing, and (3) finalize negotiations with the defendant and defense

counsel about potential settlement of the case, and (4) finalize discussions regarding certain matters not appropriate for public record at this time. The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b),(h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

All parties request the date of October 12, 2010, for the preliminary hearing in this case. The request for extending the date for preliminary hearing is at the specific request of the defendant and with the knowing and voluntary waiver of his Speedy Preliminary Hearing rights under the law. Good cause is thereby shown.

AGREED:

DANIEL J. BRODERICK,
Federal Defender

DATED: August 30, 2010

By /s/ B. Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for Defendant

BENJAMIN WAGNER
United States Attorney

DATED: August 30, 2010

By /s/ B. Galloway for W. Wong
WILLIAM S. WONG
Assistant U.S. Attorney
Attorney for Plaintiff

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

O R D E R

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for preliminary hearing in this matter is hereby re-set for October 12, 2010, at 2:00 p.m.

DATED: August 31, 2010

*/s/ Gregory G. Hollows*

GREGORY G. HOLLOWS
_____
THE HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

3