DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SMALL

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **FILED UNDER SEAL** |
| Plaintiff, | ) NO. Mag. 10-072-DAD |
| v. | ) DEFENDANT'S REQUEST FOR<br>) ORDER TO SEAL; DECLARATION OF<br>) BENJAMIN D. GALLOWAY; ORDER |
| RYAN SMALL, | ) DATE:  November 16, 2010 |
| Defendant. | ) TIME:  2:00 p.m.<br>JUDGE: Gregory G. Hollows |

Defendant Ryan Small hereby requests an order from this court sealing this request, the attached Declaration of Benjamin D. Galloway, and the attached Stipulation and [Proposed] Order.  This request is based upon the attached Declaration of Benjamin D. Galloway.

DATED: October 7, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK,
                                        Federal Defender

                                   By /s/ B. Galloway
                                        BENJAMIN D. GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant

1

2                    **DECLARATION OF BENJAMIN D. GALLOWAY**

3        I **BENJAMIN D. GALLOWAY** hereby declare as follows:

4        1.  I am an Assistant Federal Defender, appointed to represent

5   Mr. Ryan Small.

6        2.  On October 7, 2010, I completed a Stipulation and [Proposed]

7   Order in this case, and caused a confidential copy of this order to be

8   served on the United States Attorney's office.

9        3.  Mr. Small is being held on a complaint alleging his

10  involvement in an organized bank robbery ring responsible for a

11  significant number of bank robberies throughout California.

12       4.  Mr. Small is cooperating with the government by providing

13  information regarding the involvement of numerous other bank robbers.

14       5.  Both the defense and the government have serious concerns

15  regarding the potential threat to Mr. Small and his family, as well as

16  the integrity of the case being developed with his assistance, if the

17  existence of Mr. Small's federal case were to be divulged.

18       6.  Based on these concerns, the defendant respectfully requests

19  that the Court place the request, this declaration, and the order under

20  seal.

21       I declare under penalty of perjury that the foregoing is true and

22  correct.  Executed this 7th day of October, 2010, at Sacramento,

23  California.

24

25                              /s/ Benjamin D. Galloway
                                BENJAMIN D. GALLOWAY
26                              Assistant Federal Defender
                                Attorney for Ryan Small
27

28

                                    2

1

2                                O R D E R

3        On October 7, 2010, the Court received Stipulation and [Proposed]

4   Order Continuing the Preliminary Hearing.  For the reasons stated in

5   Defendant's Request for Order to Seal and the Declaration of Benjamin

6   D. Galloway, IT IS HEREBY ORDERED that the Clerk of the Court shall

7   file the documents under seal and serve them on the parties.

8   DATED: October 8, 2010

9

10                              EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28