DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SMALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **FILED UNDER SEAL** |
| ) | |
| Plaintiff, ) | NO. 10-mj-072-DAD |
| ) | |
| v. ) | STIPULATION TO EXTEND DATE FOR |
| ) | PRELIMINARY HEARING; ORDER |
| ) | EXTENDING TIME |
| ) | |
| RYAN SMALL, ) | DATE: January 4, 2010 |
| Defendant. ) | TIME: 2:00 p.m. |
| _____ | JUDGE: Gregory G. Hollows |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for Defendant, that the date of, November 16, 2010, for the preliminary hearing shall be vacated and the new date for preliminary hearing shall be January 4, 2010, at 2:00 p.m.

The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d)that this court should make a finding of good cause for the extension and that in fact good cause is hereby shown. Defense counsel and the government have not had sufficient time (1) finalize necessary preparation for indictment, and (2) prepare for the preliminary hearing, and (3) finalize negotiations with the defendant and defense

1  counsel about potential settlement of the case, and (4) finalize
2  discussions regarding certain matters not appropriate for public record
3  at this time.  The parties submit that the ends of justice are served
4  by the Court excluding such time, so that they may have reasonable time
5  necessary for effective preparation, taking into account the exercise
6  of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate
7  that this interest of justice outweighs the interest of the public and
8  the defendant in a speedy filing of an indictment or information, 18
9  U.S.C. §§ 3161(b),(h)(7)(A), and further that this good cause outweighs
10 the public's interest in the prompt disposition of criminal cases.
11 Fed. R. Crim. P. 5.1(d).
12     All parties request the date of January 4, 2010, for the
13 preliminary hearing in this case.  The request for extending the date
14 for preliminary hearing is at the specific request of the defendant and
15 with the knowing and voluntary waiver of his Speedy Preliminary Hearing
16 rights under the law. Good cause is thereby shown.
17     AGREED:

                                        DANIEL J. BRODERICK,
                                        Federal Defender

DATED: November 8, 2010
                                    By /s/ B. Galloway
                                        BENJAMIN D. GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                        BENJAMIN WAGNER
                                        United States Attorney


DATED: November 8, 2010
                                    By /s/ B. Galloway for H. Coppola
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

2

O R D E R

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for preliminary hearing in this matter is hereby re-set for January 4, 2011, at 2:00 p.m.

[1]DATED: November 9, 2010

/s/ Gregory G. Hollows

_____
THE HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

small.eot

---

[1]The undersigned has correc ted the year typographical error in the body of the stipulation.

3