DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SMALL

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **FILED UNDER SEAL** |
| Plaintiff, ) | NO. 10-mj-072-DAD |
| v. ) | STIPULATION TO EXTEND DATE FOR PRELIMINARY HEARING; ORDER EXTENDING TIME |
| RYAN SMALL, ) | DATE: February 8, 2011 |
| Defendant. ) | TIME: 2:00 p.m. |
| _____ | JUDGE: Gregory G. Hollows |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for Defendant, that the date of, January 4, 2011, for the preliminary hearing shall be vacated and the new date for preliminary hearing shall be February 8, 2011, at 2:00 p.m.

    The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d)that this court should make a finding of good cause for the extension and that in fact good cause is hereby shown. Defense counsel and the government have not had sufficient time (1) finalize necessary preparation for indictment, and (2) prepare for the preliminary hearing, and (3) finalize negotiations with the defendant and defense

1  counsel about potential settlement of the case, and (4) finalize
2  discussions regarding certain matters not appropriate for public record
3  at this time.  The parties submit that the ends of justice are served
4  by the Court excluding such time, so that they may have reasonable time
5  necessary for effective preparation, taking into account the exercise
6  of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate
7  that this interest of justice outweighs the interest of the public and
8  the defendant in a speedy filing of an indictment or information, 18
9  U.S.C. §§ 3161(b),(h)(7)(A), and further that this good cause outweighs
10 the public's interest in the prompt disposition of criminal cases.
11 Fed. R. Crim. P. 5.1(d).

12      All parties request the date of February 8, 2011, for the
13 preliminary hearing in this case.  The request for extending the date
14 for preliminary hearing is at the specific request of the defendant and
15 with the knowing and voluntary waiver of his Speedy Preliminary Hearing
16 rights under the law. Good cause is thereby shown.

17      AGREED:

18                                      DANIEL J. BRODERICK,
                                        Federal Defender
19

20 DATED: January 3, 2011
                                     By /s/ B. Galloway
21                                      BENJAMIN D. GALLOWAY
                                        Assistant Federal Defender
22                                      Attorney for Defendant

23
                                        BENJAMIN WAGNER
24                                      United States Attorney

25
   DATED: January 3, 2011
26                                   By /s/ B. Galloway for H. Coppola
                                        HEIKO COPPOLA
27                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
28

2

O R D E R

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for preliminary hearing in this matter is hereby re-set for February 8, 2011, at 2:00 p.m.

DATED: January 3, 2011

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3