1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RYAN SMALL

6

7
                   IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )   **FILED UNDER SEAL**
11                                 )
                  Plaintiff,       )   NO. 10-mj-072-DAD
12                                 )
        v.                         )   STIPULATION TO EXTEND DATE FOR
13                                 )   PRELIMINARY HEARING; ORDER
                                   )   EXTENDING TIME
14                                 )
   RYAN SMALL,                     )   DATE:  May 3, 2011
15                Defendant.       )   TIME:  2:00 p.m.
   _____  )   JUDGE: Edmund F. Brennan
16
         IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, HEIKO COPPOLA, Assistant United States
18
   Attorney, attorney for Plaintiff, BENJAMIN D. GALLOWAY, Assistant
19
   Federal Defender, attorney for Defendant, that the date of, March 29,
20
   2011, for the preliminary hearing shall be vacated and the new date for
21
   preliminary hearing shall be May 3, 2011, at 2:00 p.m.
22
         The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and
23
   (d)that this court should make a finding of good cause for the
24
   extension and that in fact good cause is hereby shown.  Defense counsel
25
   and the government have not had sufficient time (1) finalize necessary
26
   preparation for indictment, and (2) prepare for the preliminary
27
   hearing, and (3) finalize negotiations with the defendant and defense
28

1    counsel about potential settlement of the case, and (4) finalize

2    discussions regarding certain matters not appropriate for public record

3    at this time.   The parties submit that the ends of justice are served

4    by the Court excluding such time, so that they may have reasonable time

5    necessary for effective preparation, taking into account the exercise

6    of due diligence.   18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate

7    that this interest of justice outweighs the interest of the public and

8    the defendant in a speedy filing of an indictment or information, 18

9    U.S.C. §§ 3161(b),(h)(7)(A), and further that this good cause outweighs

10   the public's interest in the prompt disposition of criminal cases.

11   Fed. R. Crim. P. 5.1(d).

12       All parties request the date of May 3, 2011, for the preliminary

13   hearing in this case.   The request for extending the date for

14   preliminary hearing is at the specific request of the defendant and

15   with the knowing and voluntary waiver of his Speedy Preliminary Hearing

16   rights under the law. Good cause is thereby shown.

17       AGREED:

18                                        DANIEL J. BRODERICK,
                                          Federal Defender
19

20   DATED: March 24, 2011

21                                   By /s/ B. Galloway_____
                                        BENJAMIN D. GALLOWAY
22                                      Assistant Federal Defender
                                        Attorney for Defendant
23

24                                      BENJAMIN WAGNER
                                        United States Attorney
25

26   DATED: March 24, 2011

                                     By /s/ B. Galloway for H. Coppola
27                                      HEIKO COPPOLA
                                        Assistant U.S. Attorney
28                                      Attorney for Plaintiff

                                        2

1

O R D E R

2

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**   The

3

date for preliminary hearing in this matter is hereby re-set for May 3,

4

2011, at 2:00 p.m.

5

DATED: March 28, 2011

6

7

/s/ Gregory G. Hollows
THE HONORABLE GREGORY G. HOLLOWS

8

United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3