

| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, Bar #214897 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

JUL 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorney for Defendant
RYAN SMALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   **FILED UNDER SEAL**
                                    )
            Plaintiff,              )   NO. 10-mj-072-DAD
                                    )
     v.                             )   STIPULATION TO EXTEND DATE FOR
                                    )   PRELIMINARY HEARING; ORDER
                                    )   EXTENDING TIME
                                    )
RYAN SMALL,                         )   DATE: August 16, 2011
            Defendant.              )   TIME: 2:00 p.m.
                                    )   JUDGE: Edmund F. Brennan

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for Defendant, that the date of, July 19, 2011, for the preliminary hearing shall be vacated and the new date for preliminary hearing shall be August 16, 2011, at 2:00 p.m.

   The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d)that this court should make a finding of good cause for the extension and that in fact good cause is hereby shown.  Defense counsel and the government have not had sufficient time (1) finalize necessary preparation for indictment, and (2) prepare for the preliminary hearing, and (3) finalize negotiations with the defendant and defense

1 counsel about potential settlement of the case, and (4) finalize
2 discussions regarding certain matters not appropriate for public record
3 at this time.  The parties submit that the ends of justice are served
4 by the Court excluding such time, so that they may have reasonable time
5 necessary for effective preparation, taking into account the exercise
6 of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate
7 that this interest of justice outweighs the interest of the public and
8 the defendant in a speedy filing of an indictment or information, 18
9 U.S.C. §§ 3161(b),(h)(7)(A), and further that this good cause outweighs
10 the public's interest in the prompt disposition of criminal cases.
11 Fed. R. Crim. P. 5.1(d).
12      All parties request the date of August 16, 2011, for the
13 preliminary hearing in this case.  The request for extending the date
14 for preliminary hearing is at the specific request of the defendant and
15 with the knowing and voluntary waiver of his Speedy Preliminary Hearing
16 rights under the law. Good cause is thereby shown.
17      AGREED:
18                                    DANIEL J. BRODERICK,
                                      Federal Defender
19
20 DATED: July 14, 2011
                                   By /s/ B. Galloway
21                                    BENJAMIN D. GALLOWAY
                                      Assistant Federal Defender
22                                    Attorney for Defendant
23
                                      BENJAMIN WAGNER
24                                    United States Attorney
25
   DATED: July 14, 2011
26                                 By /s/ B. Galloway for H. Coppola
                                      HEIKO COPPOLA
27                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
28

2

## O R D E R

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for preliminary hearing in this matter is hereby re-set for August 16, 2011, at 2:00 p.m., before Magistrate Judge Edmund F. Brennan.

DATED: July 14, 2011

_____
THE HONORABLE DALE A. DROZD
United States Magistrate Judge